IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:10cr006 |
| | ) | |
| | ) | JUDGE HAYNES |
| BEAU C. VAUGHAN | | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Beau C. Vaughan's

motion to suppress (Docket Entry No. 14) is **DENIED**.

It is so **ORDERED**.

ENTERED this the _28_ day of February 2011.

WILLIAM J. HAYNES, JR.
United States District Judge